# United States District Court
# For The Western District of North Carolina
# Statesville Division

QUINN ALLAN BROWN,

    Petitioner

vs.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NO. 5:11CV155-2-V

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 30, 2011, Order.

    Signed: November 30, 2011

Frank G. Johns, Clerk
United States District Court